FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2019 MAR 26 A 10: 46

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19MJ 142 |
| v. | ) | |
| | ) | |
| ANNIBAL ARRIAZA, | ) | Court Date: April 1, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(Misdemeanor 7517692)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 20, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ANIBAL ARRIAZA, did unlawfully operate a motor vehicle upon a highway and exceeded a reasonable speed under the circumstances and traffic conditions existing at the time, regardless of any posted speed limit.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-861)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 26 day of March, 2019 to the defendant at:

Anibal Arriaza
4702 Koester Drive
Woodbridge, VA 22193

By: _____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov